IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01398-PSF-MJW

MICHELLE HOOPER,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation,

    Defendant.
_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises,

    DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

    DATED August 17, 2005

        BY THE COURT:

        s/ Phillip S. Figa
        _____
        Phillip S. Figa
        United States District Judge